No. 15–0559/AR. Maurice K. Robins, Appellant v. United States, Appellee. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.

No. 15–0561/AR. Alexander Loya, Petitioner v. United States, Respondent. CCA 20090770. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus or in the alternative a writ of mandamus was filed under Rule 27(a) on this date.

No. 15–0549/CG. U.S. v. Brian A. Vanwinkle. CCA 1386. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 1, 2015.

No. 12–0616/AR. U.S. v. Timothy E. Bennitt. CCA 20100172. On consideration of Appellee's petition for reconsideration of the Court's Opinion, 74 M.J. 125 (C.A.A.F. 2015), it is ordered that said petition for reconsideration is hereby denied.

Thursday, May 14, 2015